**Aldo ABATECOLA, petitioner, v. SMALL CLAIMS COURT VICTORVILLE JUDICIAL DISTRICT, et al.  No. 91–5339.**

Supreme Court of the United States.

Oct. 7, 1991.  Denied.